B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**New Star Discovery, Inc** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-4336110** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**4239 Maray Drive**<br>**Rockford, IL**<br>ZIP Code **61107** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Winnebago** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**c/o Rowdy Adams**<br>**4239 Maray Drive**<br>**Rockford, IL**<br>ZIP Code **61107** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)                                                                                                                           Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **New Star Discovery, Inc** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                                 Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**New Star Discovery, Inc**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Timothy M. Hughes**
Signature of Attorney for Debtor(s)

**Timothy M. Hughes 6208982**
Printed Name of Attorney for Debtor(s)

**Lavelle Law, Ltd.**
Firm Name

**501 W Colfax**
**Palatine, IL 60067**

_____
Address

**Email: thughes@lavellelaw.com**
**847.705-9698  Fax: 847.241-1702**
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Rowdy Adams**
Signature of Authorized Individual

**Rowdy Adams**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
### Northern District of Illinois

In re   **New Star Discovery, Inc**                        ,     Case No.   **09-71137**

                             Debtor                    Chapter       **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 2,500.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 52 | | 1,202,522.86 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 62 | | | |
| Total Assets | | | 2,500.00 | | |
| Total Liabilities | | | | 1,202,522.86 | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **New Star Discovery, Inc** _____ ,    Case No. ___**09-71137**_____

                                                      Debtor

                                                      Chapter _____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6A (Official Form 6A) (12/07)

In re    **New Star Discovery, Inc**                                    ,    Case No.    **09-71137**
                                             Debtor

# SCHEDULE A - REAL PROPERTY

    Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

    **Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

    If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  |  | Sub-Total > | 0.00 | (Total of this page) |
|---|---|---|---|---|
|  |  | Total > | 0.00 | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re  **New Star Discovery, Inc**                                                    Case No.  __09-71137__
_____,
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account at Stillman Bank 101 East Main St., Stillman Valley, IL 61084** | - | 0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >                           0.00
(Total of this page)

__2__  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **New Star Discovery, Inc**                                              ,    Case No.    **09-71137**
                                         Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >            **0.00**
(Total of this page)

Sheet  **1**  of  **2**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                              Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **New Star Discovery, Inc**                                              ,    Case No.    **09-71137**
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Misc. office equipment** | - | 2,500.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 2,500.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 2,500.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6D (Official Form 6D) (12/07)

In re  **New Star Discovery, Inc**                                    ,    Case No.    **09-71137**
                                   Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| __0__ continuation sheets attached | | | Subtotal (Total of this page) | | | | | |
| | | | Total (Report on Summary of Schedules) | | | | 0.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re    **New Star Discovery, Inc**                                        ,     Case No. ____**09-71137**_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**2**    continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re   **New Star Discovery, Inc**                                              ,   Case No.   **09-71137**
_____
                            Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | NOTICE ONLY | | | | | |
| D. Patrick Mullarkey Tax Division DOJ, P.O. Box 55 Ben Franklin Station Washington, DC 20044 | | - | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | NOTICE ONLY | | | | | |
| District Counsel 200 W. Adams Chicago, IL 60604 | | - | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | NOTICE ONLY | | | | | |
| District Director IRS 230 S Dearborn Chicago, IL 60604 | | - | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | NOTICE ONLY | | | | | |
| Illinois Department of Revenue 100 W Randolph 7th Floor Bankruptcy Unit Chicago, IL 60601 | | - | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | NOTICE ONLY | | | | | |
| Illinois Dept of Employment Securit P.O. Box 3637 Springfield, IL 62708-3637 | | - | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal                     0.00
(Total of this page)      0.00          0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **New Star Discovery, Inc**                                        ,    Case No. **09-71137**
                                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | **NOTICE ONLY** | | | | | | |
| **IRS Kansas City, MO 64999** | - | | | | | | | | 0.00 |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | **NOTICE ONLY** | | | | | | |
| **United States Attorney 219 S. Dearborn St. Chicago, IL 60604** | - | | | | | | | | 0.00 |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|
| | Total (Report on Summary of Schedules) | 0.00 | 0.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    **New Star Discovery, Inc**                                    ,    Case No.    **09-71137**
                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J | C | | | | | |
| Account No.  **Angel Kay Aaseng**<br><br>Aaseng, Angela<br>POB 497<br>Eveleth, MN 55734 | | - | | | | | | | 500.00 |
| Account No.  **Keilie Adams**<br><br>Adams, Julie & Keith<br>3467 Street Route 141<br>Ironton, OH 45638 | | | | | | | | | 100.00 |
| Account No.<br><br>Al Carruthers<br>924 Crest Ct<br>Byron, IL 61010 | | - | | | Loan | | | | 306,156.48 |
| Account No.  **Ashlyn Ambrose**<br><br>Ambrose, Lynette<br>9425 Fredonia-Stockton Rd<br>Fredonia, NY 14063 | | - | | | | | | | 250.00 |

__51__  continuation sheets attached

Subtotal
(Total of this page)                    307,006.48

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    S/N:35230-090310    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **New Star Discovery, Inc**                                          ,   Case No.   **09-71137**
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Carley Anders** <br><br> Anders, Brian & Carole <br> 17023 Barr Ave <br> Holt, MO 64048 | - | | | | | | 200.00 |
| Account No. **Lilliean Grace Anderson** <br><br> Anderson, Tiffiney <br> 74 Dakota Drive <br> Hanover, PA 17331 | - | | | | | | 100.00 |
| Account No. **Alissa Andrews** <br><br> Andrews, Roosevelt & Parnice <br> 628 Bartow Drive <br> Dacula, GA 30019 | - | | | | | | 100.00 |
| Account No. **Auteauna Anthony** <br><br> Anthony, Callie & Stacy <br> POB 63  OR  106 Davis St. <br> Colp, IL 62921 | - | | | | | | 1,000.00 |
| Account No. **Ella Janene Bailey** <br><br> Bailey, Chad <br> 4313 Trenton Trail <br> Saint Paul, MN 55123 | - | | | | | | 250.00 |

Sheet no. __1__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **1,650.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **New Star Discovery, Inc**                                    ,   Case No.   **09-71137**
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  **Ayana Bailey**<br><br>**Bailey, Daryl & Rachel**<br>**305 E. 5th Street**<br>**Cheyenne, WY 82007** | - | | | | | | **250.00** |
| Account No.  **Makayla Baker**<br><br>**Baker, Amanda**<br>**5282 Dubury Road**<br>**Silsbee, TX 77656** | - | | | | | | **250.00** |
| Account No.  **Alexia Brooke Baldock**<br><br>**Baldock, Jamie & Chad**<br>**75 Spring Run Road**<br>**Stanford, KY 40484** | - | | | | | | **250.00** |
| Account No.  **(3 cards: see consideration)**<br><br>**Bank of America - Mastercard** | - | | 5494 9740 0061 2574 - $9,372<br>5494 9740 0061 2566 - $12,784<br>5494 9740 0061 2558 - $11,713 | | | | **33,869.00** |
| Account No.  **Emani Williams**<br><br>**Battle, Ema**<br>**3600 Chagford Drive**<br>**Chester, VA 23831** | - | | | | | | **1,000.00** |

| | | | |
|---|---|---|---|
| Sheet no. **2** of **51** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | | **35,619.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **New Star Discovery, Inc** _____,    Case No. ____**09-71137**_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Tristan Baugh**<br><br>Baugh, Tara<br>1692 Picadilly Way<br>Manteca, CA 95336 | | - | | | | | | 5,250.00 |
| Account No. **Mejora-Llary J.G. Bland**<br><br>Bland, Joan<br>POB 444<br>Brodnax, VA 23920 | | - | | | | | | 300.00 |
| Account No. **Antonio Louis Bonilla**<br><br>Bonilla, Amber & Edward<br>1033 Garfield Street<br>Struthers, OH 44471 | | - | | 1000 cash<br>200 bond<br>100 cash | | | | 1,300.00 |
| Account No. **Lilly Branton**<br><br>Branton, Kelly<br>1604 Nippenose Rd.<br>Jersey Shore, PA 17740 | | - | | | | | | 100.00 |
| Account No. **Lilly Branton**<br><br>Branton, Kelly<br>1604 Nippenose Rd.<br>Jersey Shore, PA 17740 | | - | | | | | | 500.00 |

Sheet no. __**3**___ of __**51**__ sheets attached to Schedule of            Subtotal
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)        7,450.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **New Star Discovery, Inc**                                    ,       Case No.   **09-71137**
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Angela Q. Brincefield**<br><br>Brincefield, Steven & Tomasa<br>227 English Street<br>Derby, KS 67037 | - | | | | | | 250.00 |
| Account No. **Andrea Q. Brincefield**<br><br>Brincefield, Steven & Tomasa<br>227 English Street<br>Derby, KS 67037 | - | | | | | | 100.00 |
| Account No. **Keira Jackemeyer**<br><br>Brockhaus, Jaymee<br>436 Dunkelberg Rd.<br>Fort Wayne, IN 46819 | - | | | | | | 1,000.00 |
| Account No. **Landon Mitchell Brown**<br><br>Brown, Billy & Michelle<br>2009 Stonecrest Trail<br>Wylie, TX 75098 | - | | | | | | 250.00 |
| Account No. **Jaeden Brown**<br><br>Brown, Cheryl<br>2424 Hyde Park Court<br>Conyers, GA 30013 | - | | | | | | 400.00 |

Sheet no. __**4**__ of __**51**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,000.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **New Star Discovery, Inc**                                   ,    Case No.    **09-71137**
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Brianna Brown** <br><br> **Brown, Gary & Michelle** <br> **711 Rosamund St.** <br> **Jackson, MO 63755** | - | | | | | | **200.00** |
| Account No. **Madison Brown** <br><br> **Brown, Jennifer** <br> **7675 Lake Shore Drive** <br> **Owings, MD 20736** | - | | | | | | **200.00** |
| Account No. **Brittney Brynes** <br><br> **Brynes, Dawn & Mike** <br> **23 Cutter Cove Ct** <br> **Middle River, MD 21220** | | | **1000 cash** <br> **100 bond** | | | | **1,100.00** |
| Account No. **Reyli Bucio** <br><br> **Bucio, Mayra & Patricio** <br> **688 Shagbark Court S.E.** <br> **Marietta, GA 30067** | - | | | | | | **200.00** |
| Account No. **Dorion Gage Campanella** <br><br> **Campanella, Tessa** <br> **1572 Mudlick Road, Apt 6** <br> **Hardy, KY 41531** | - | | | | | | **250.00** |

Sheet no. __5__ of __51__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **1,950.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **New Star Discovery, Inc**                                              ,      Case No.      **09-71137**
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Luka Micheal Campbell** <br><br> **Campbell, Nicole** <br> **7326 Birch St.** <br> **Taylor, MI 48180** | - | | | | | | 100.00 |
| Account No. **4802 1316 6207 8362** <br><br> **Capital One - Visa** | | | | | | | 4,961.00 |
| Account No. **Bianca Carualho** <br><br> **Carualho-Vargas, Sonia** <br> **1724 Duncan Drive** <br> **Tracy, CA 95376** | - | | | | | | 2,700.00 |
| Account No. **Rylan Savannah Thomas** <br><br> **Carver, Pamela** <br> **127 Duis Ave.** <br> **Wheelersburg, OH 45694** | - | | | | | | 200.00 |
| Account No. **Azlyen Ja'Mae Casada** <br><br> **Casada, Sherry** <br> **POB 512** <br> **Bronston, KY 42518** | - | | | | | | 250.00 |

Sheet no. __6__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **8,211.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **New Star Discovery, Inc**_____,     Case No.   **09-71137**_____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Cameron Cauchon** <br><br> Cauchon, Kimberly <br> 1529 April Lane <br> Morrow, GA 30260 | - | | | | | | 250.00 |
| Account No. **Parker Nathaniel James Chaffin** <br><br> Chaffin, Amanda <br> 3700 Kingwood Dr, #1104 <br> Kingwood, TX 77339 | - | | | | | | 1,000.00 |
| Account No. **Jossyln S. Chavarria** <br><br> Chavarria, Jose & Nidia Ornelas <br> 800 E. Windsor Road #7 <br> Glendale, CA 91205 | - | | | | | | 250.00 |
| Account No. **Raelyn Cherry** <br><br> Cherry, Kimberlee <br> 3415 27th Ave. <br> Marion, IA 52302 | - | | | | | | 100.00 |
| Account No. **Amber Chippich** <br><br> Chippich, Angela & Ralph <br> 5040 Ampere St. <br> Pittsburgh, PA 15207 | - | | | | | | 100.00 |

Sheet no. __**7**___ of __**51**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **1,700.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **New Star Discovery, Inc**                        ,      Case No.    **09-71137**

                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Jayden Marie Clarett** <br><br> Clarett, Maurice & Ashley Evans <br> 465 W. Ravenwood Ave <br> Youngstown, OH 44511 | | - | | | | | 250.00 |
| Account No. **Jessica Cockrell** <br><br> Cockrell, Michael & Deloris <br> 555 Patuxent Reach Dr. <br> Prince Frederick, MD 20678 | | - | | | | | 500.00 |
| Account No. **Jenna Cockrell** <br><br> Cockrell, Michael & Deloris <br> 555 Patuxent Reach Dr. <br> Prince Frederick, MD 20678 | | - | 250 bond <br> 100 bond | | | | 350.00 |
| Account No. <br><br> Colleen Adams <br> 924 Crest Court <br> Byron, IL 61010 | | - | Loan | | | | 0.00 |
| Account No. **Colson Lee Collett** <br><br> Collett, Nick & Jill <br> 303 Center Park <br> Florence, KY 41042 | | - | | | | | 250.00 |

Sheet no. __8__ of __51__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      **1,350.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **New Star Discovery, Inc**                              ,        Case No.    **09-71137**
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Makenzie Cooper** <br><br> **Cooper, Shannon** <br> **317 Dale Lane** <br> **Paint Lick, KY 40461** | - | | | | | | 100.00 |
| Account No. **Mia Crangle** <br><br> **Crangle, James & Elaine** <br> **6214 Cypress Point Dr, Apt 4** <br> **Panama City, FL 32408** | - | | | | | | 5,200.00 |
| Account No. **Nathan C. Crisci** <br><br> **Crisci, Eric & Jana** <br> **111 Old Wood Ct.** <br> **Aurora, IL 60506** | - | | | | | | 300.00 |
| Account No. **Makaylee Shea Cross** <br><br> **Cross, Mitch & Jennied** <br> **3463 Dripping Spring Road** <br> **Glasgow, KY 42141** | - | | | | | | 250.00 |
| Account No. <br><br> **Crowne Plaza** <br> **5440 North River Road** <br> **Des Plaines, IL 60018** | - | | cancel fee | | | | 98,000.00 |

Sheet no. __9___ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

103,850.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **New Star Discovery, Inc**                                    ,        Case No.   **09-71137**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Madylin Curry** <br><br> Curry, Tammy <br> 353 Crews Drive <br> Dora, AL 35062 | - | | | | | | 200.00 |
| Account No. **20048** <br><br> Cynthia Wignall <br> c/o Roberto & Associates <br> 5020 Sunrise Highway Suite LC <br> Massapequa Park, NY 11762 | - | | | | | | 5,000.00 |
| Account No. **Ethan T. Darwin** <br><br> Darwin, Sukanthi & Andrew Thankaswa <br> 37144 S. Heather Court <br> Westland, MI 48185 | - | | | | | | 250.00 |
| Account No. **Jocelyne Angelique Daugherty** <br><br> Daugherty, Johnny & Angelique <br> 424 Melissa Circle <br> Romeoville, IL 60446 | - | | | | | | 5,000.00 |
| Account No. **Tatyana DelPreore** <br><br> DelPreore, Anna <br> 102 Sweeny Ave <br> Burlington, IA 52601 | - | | | | | | 250.00 |

Sheet no. __**10**__ of __**51**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,700.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **New Star Discovery, Inc**                                         ,          Case No.  **09-71137**
                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W / J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | - | | | | | |
| **Des Moines Marriott 700 Grand Avenue Des Moines, IA 50309** | | | | | | | 1,059.00 |
| Account No. **Dylan Devor** | | - | | | | | |
| **Devor, Patrick & Korin 6017 Winthrop Avenue Indianapolis, IN 46220** | | | | | | | 250.00 |
| Account No. **Skylar Doss** | | - | | | | | |
| **Doss, Carrie 1712 Briar Meadow Arlington, TX 76014** | | | | | | | 2,600.00 |
| Account No. | | - | | | | | |
| **Doubletree Hotel St. Louis at Westp 1973 Craigshire Saint Louis, MO 63146** | | | | | | | 2,476.00 |
| Account No. **Kiona Drummer** | | - | | | | | |
| **Drummer, Jennifer 9826 Julie Dr., lot# 226 Ypsilanti, MI 48197** | | | | | | | 100.00 |

Sheet no. __11__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 **6,485.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **New Star Discovery, Inc**                                     ,          Case No. **09-71137**
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Alyssa Eckleberry**<br><br>Eckleberry, Giovanna<br>115 Philip Ave, 1st Floor<br>Elmwood Park, NJ 04707 | - | | | | | | 5,000.00 |
| Account No. **claim # 188457-530**<br><br>Euler Hermes<br>600 South 7th Street<br>Louisville, KY 40201-1672 | - | | ADT Security Services Inc. (Jacksonville, FL) | | | | 1,781.00 |
| Account No. **Victoria Evans**<br><br>Evans, Deborah<br>21506 Lawrence 1053<br>Pierce City, MO 65723 | - | | **1000 cash**<br>**100 cash**<br>**200 bond** | | | | 1,300.00 |
| Account No. **Sophia Ann Evans**<br><br>Evans, Jennifer<br>7225 Oak Park Village Dr.<br>Minneapolis, MN 55426 | - | | | | | | 1,000.00 |
| Account No. **Olivia Elizabeth Feldmann**<br><br>Feldmann, Lauren<br>W19256369 Regency Ct, Unit C<br>Muskego, WI 53150 | - | | | | | | 53,150.00 |

Sheet no. __**12**__ of __**51**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **62,231.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **New Star Discovery, Inc**                              ,     Case No.   **09-71137**
                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Andrew T. Fenner** <br><br> **Fenner, Willian & Kristen** <br> **1218 Avondale Drive** <br> **Plano, TX 75094** | - | | | | | | 250.00 |
| Account No. **Kayla Fields** <br><br> **Fields, Christy & Jason** <br> **8217 Buckhead Lane** <br> **Arlington, TN 38002** | - | | | | | | 1,000.00 |
| Account No. **Carter Fishbaugher** <br><br> **Fishbaugher, Phil & Ronda** <br> **613 Margaret St.** <br> **Chatfield, MN 55923** | - | | 250 bond <br> 100 bond | | | | 350.00 |
| Account No. **Madisson Folsted** <br><br> **Folsted, Sara** <br> **POB 178** <br> **Clara City, MN 56222** | - | | | | | | 200.00 |
| Account No. **467756100** <br><br> **FP Mailing Solutions** <br> **Dept 4272** <br> **Carol Stream, IL 60122-4272** | - | | | | | | 557.00 |

Sheet no. __**13**__ of __**51**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,357.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **New Star Discovery, Inc**                                              ,     Case No.  **09-71137**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Brenna French**<br><br>French, Bobby & Nina Crawford<br>3020 Ave. N<br>Plano, TX 75074 | | - | | | | | | 1,000.00 |
| Account No. **Haley Fringer**<br><br>Fringer, Deanna<br>3214 Stieg Rd<br>Woodstock, IL 60098 | | - | | | | | | 1,000.00 |
| Account No. **Kaitlin Fulbright**<br><br>Fulbright, Catherine<br>2605 32nd Ave NE<br>Hickory, NC 28601 | | - | | | | | | 450.00 |
| Account No. **Makayla Brooke Pettiford**<br><br>Fuquay, Jessica<br>118 M. Dylan Street<br>Roxboro, NC 27574 | | - | | | | | | 500.00 |
| Account No. **Ejan Jordan Fusetti**<br><br>Fusetti, Dana Woodberry<br>5 Howell Road<br>Greenville, SC 29615 | | - | | **Requested cash value instead of $1000 bond** | | | | 1,000.00 |

| Sheet no. __**14**__ of __**51**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **3,950.00** |
|---|---|---|

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **New Star Discovery, Inc**                                                    ,    Case No.    **09-71137**
                                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **Ejan Jordan Fusetti**<br><br>Fusetti, Dana Woodberry<br>5 Howell Road<br>Greenville, SC 29615 | - | | | **wants cash** | | | | 500.00 |
| Account No. **Sophia Jean Gagliardi**<br><br>Gagliardi, Joseph & Shannon<br>1303 Stonefield Dr.<br>Waterloo, IL 62298 | - | | | | | | | 10,000.00 |
| Account No. **Serenity Nevaeh Lillard**<br><br>Gaines, Jennifer<br>704 N. Spring St.<br>Murfreesboro, TN 37130 | - | | | | | | | 2,750.00 |
| Account No. **inv # 50113099**<br><br>GE Capital<br>POB 740423<br>Atlanta, GA 30374-0423 | - | | | **billing ID # 90133835973** | | | | 21,830.00 |
| Account No. **lease agree # 7525361001**<br><br>GE Capital<br>POB 740423<br>Atlanta, GA 30374-0423 | - | | | | | | | 104,629.00 |

Sheet no. __**15**__ of __**51**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**139,709.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **New Star Discovery, Inc**                                    ,    Case No.    **09-71137**
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Jaiden Gentilcore**<br><br>Gentilcore, Laurie<br>1310 Littlefield Place<br>Bel Air, MD 21015 | | - | | | | | 2,750.00 |
| Account No. **Jaiden Gentilcore**<br><br>Gentilcore, Laurie<br>POB 651203<br>Vero Beach, FL 32965 | | - | | | | | 200.00 |
| Account No. **Lilyan Pearl Giese**<br><br>Giese, Nicholas & Nina Mattila<br>546 Poulx St<br>Green Bay, WI 54302 | | - | | | | | 200.00 |
| Account No. **Adam Nicholas Gifford Jr.**<br><br>Gifford, Adam & Joyce<br>1216 Vandenburg St.<br>Sun Prairie, WI 53590 | | - | | | | | 250.00 |
| Account No. **Nathaniel David Glover**<br><br>Glover, Joseph & Andrea<br>316 Lincoln Street<br>Richmond, IN 47374 | | - | | | | | 250.00 |

Sheet no. __16__ of __51__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **3,650.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **New Star Discovery, Inc**                                        ,  Case No. ___**09-71137**_____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Cipriano Gomey IV** <br><br> Gomey, Cipriano III & Angela <br> 15811 Gatewood Road <br> Dinwiddie, VA 23841 | | - | | | | | 300.00 |
| Account No. **Mikyla Ariel Calbert** <br><br> Gonzalez, Marina <br> 3504 Capri Drive <br> Louisville, KY 40218 | | - | | | | | 100.00 |
| Account No. **Amirah Goode** <br><br> Goode, Aubrey <br> 1107 North Hampton <br> Kalamazoo, MI 49006 | | - | | | | | 200.00 |
| Account No. **Bailee Gregor** <br><br> Gregor, Paul & Tracey <br> 10500 Eastview Ave. <br> Meadville, PA 16335 | | - | | | | | 200.00 |
| Account No. **Harvey Gilbert Mangal IV** <br><br> Gresh, Lindsay <br> 831 W. 2nd St. <br> Lansdale, PA 19446 | | - | | | | | 500.00 |

Sheet no. __**17**__ of __**51**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,300.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **New Star Discovery, Inc**                                    ,        Case No. _____**09-71137**_____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Jazmin Alexis Grund**<br><br>**Grund, Jack Jr.**<br>**4736 Whitcomb Street**<br>**Cedar Lake, IN 46303** | - | | | | | | 250.00 |
| Account No. **Hampton Gryniewicz**<br><br>**Gryniewicz, Cyndi & Mike Cassettari**<br>**975 Cherrywood Lane**<br>**West Chicago, IL 60185** | - | | | | | | 200.00 |
| Account No. **Hampton Gryniewicz**<br><br>**Gryniewicz, Cyndi & Mike Cassettari**<br>**975 Cherrywood Lane**<br>**West Chicago, IL 60185** | - | | | | | | 1,000.00 |
| Account No. **Ria Shagun Gupta**<br><br>**Gupta, Eca**<br>**441 S. Main ST.**<br>**Hatfield, PA 19440** | - | | | | | | 200.00 |
| Account No. **Jaidyn Stacy Guthrie**<br><br>**Guthrie, Katrina**<br>**20587 King Arthur Court**<br>**Chicago Heights, IL 60411** | - | | | | | | 250.00 |

Sheet no. __**18**__ of __**51**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              1,900.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **New Star Discovery, Inc**                                          ,    Case No. ___**09-71137**___
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Adanya Hall** <br><br> Hall, Melissa <br> 3844 N. Oakley Ave <br> Chicago, IL 60618 | | - | | | | | 5,300.00 |
| Account No. **Madison Leigh Hamilton** <br><br> Hamilton, Lorri & Adrian <br> 1502 Osprey Way <br> Greenwood, IN 46143 | | - | | | | | 200.00 |
| Account No. **Laura Kaylynn Haryono** <br><br> Haryono, Adi & Bridgett <br> 709 W. Cherry <br> Herrin, IL 62948 | | | 250 bond <br> 100 bond | | | | 350.00 |
| Account No. **Gabriella Heinen** <br><br> Heinen, Erin & Dean <br> 316 5th Ave SE <br> Baudette, MN 56623 | | - | | | | | 100.00 |
| Account No. **Abigayle Henderson** <br><br> Henderson, Bri & Rhonda <br> 403 Lexington Dr. <br> Greensburg, PA 15601 | | - | $1000 cash <br> $200 savings bond | | | | 1,200.00 |

Sheet no. __**19**__ of __**51**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,150.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **New Star Discovery, Inc**                                              ,     Case No.    **09-71137**
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Faith Heyroth**<br><br>**Heyroth, Debora**<br>**2283 Courtland**<br>**Mosinee, WI 54455** | - | | Requested $100 cash award instead of the $200 bond | | | | 200.00 |
| Account No. **Tristan Hicks**<br><br>**Hicks, Theresa**<br>**807 Stephen Carroll Rd.**<br>**Rock Hill, SC 29732** | - | | | | | | 1,000.00 |
| Account No. **Tristan Hicks**<br><br>**Hicks, Will & Theresa**<br>**807 Stephen Carroll Rd.**<br>**Rock Hill, SC 29732** | - | | | | | | 950.00 |
| Account No. **13160**<br><br>**HiTec Water Solutions**<br>**1410 N. Meachem Rd**<br>**Schaumburg, IL 60173** | - | | PW2M Pure Water System | | | | 127.00 |
| Account No. **Kiera Hochstein**<br><br>**Hochstein, Scott & Erin**<br>**1018 W. Superior**<br>**Missouri Valley, IA 51555** | - | | | | | | 5,200.00 |

Sheet no. __20__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,477.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **New Star Discovery, Inc**                                         ,        Case No.   **09-71137**
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Brennan Hochstein** <br><br> **Hochstein, Scott & Erin** <br> **1018 W. Superior** <br> **Missouri Valley, IA 51555** | - | | | | | | 250.00 |
| Account No. **Aaron Hoffman** <br><br> **Hoffman, Nichole** <br> **617 Laurel St., Apt 205** <br> **Marshfield, WI 54449** | - | | | | | | 100.00 |
| Account No. <br><br> **Holiday Inn International Dr Resort** <br> **6515 International Drive** <br> **Orlando, FL 32819** | - | | cancel fee | | | | 12,865.00 |
| Account No. **Jaylen Harding Boss Howell** <br><br> **Howell, Monica & Quincey, Jr.** <br> **425 Raleigh Ave.** <br> **Hampton, VA 23661** | - | | 250 bond | | | | 250.00 |
| Account No. **Anthony Mussi III** <br><br> **Huamani, Yene** <br> **4657 N. Keating Ave.** <br> **Chicago, IL 60630** | - | | | | | | 2,750.00 |

Sheet no. __**21**__ of __**51**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**16,215.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **New Star Discovery, Inc**                                    ,      Case No.  **09-71137**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Deandra Danette Huff** <br><br>**Huff, Shannon & Bridget** <br>**Route 4, Box 500** <br>**Ava, MO 65608** | - | | | | | | 5,500.00 |
| Account No. **Jailey Taya Hutson** <br><br>**Hutson, Tracy & Jean** <br>**POB 23** <br>**Ipswich, SD 57451** | - | | | | | | 250.00 |
| Account No. **08 AR 670** <br><br>**Imagetec, L.P.** <br>**c/o Thomas Green** <br>**6833 Stalter Dr. 1st Floor** <br>**Rockford, IL 61108** | - | | Judgment | | | | 23,709.01 |
| Account No. <br><br>**Indianapolis Marriot East** <br>**7202 East 21st Street** <br>**Indianapolis, IN 46219** | - | | cancel fee | | | | 18,048.00 |
| Account No. **Eliana Jahjah** <br><br>**Jahjah, Suzanna & Paul** <br>**10209 Burgundy Blvd.** <br>**Dimondale, MI 48821** | - | | | | | | 1,000.00 |

Sheet no. __22__ of __51__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        48,507.01

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **New Star Discovery, Inc**                                          ,    Case No.    **09-71137**
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Dakota Riley Jenkins**<br><br>Jenkins, Daniel & Corinne<br>780 Rue Street Catherine<br>Florissant, MO 63031 | | - | | | | | 250.00 |
| Account No. **Izabella Jahjah**<br><br>Johjah, Suzanna<br>10209 Burgundy Blvd.<br>Dimondale, MI 48821 | | - | | | | | 5,000.00 |
| Account No. **Jarod Johnson**<br><br>Johnson, Rhonda & Ralph<br>12406 Goodhill Rd.<br>Silver Spring, MD 20906 | | - | | | | | 1,100.00 |
| Account No. **Stormie Johnson**<br><br>Johnson, Stephen & Margaret<br>POB 1604<br>Jena, LA 71342 | | - | | | | | 500.00 |
| Account No. **Denzel Kayvon Johnson**<br><br>Johnson, Valerie Lee<br>13820 Ardenall Ave.<br>Cleveland, OH 44112 | | - | | | | | 5,300.00 |

Sheet no. __23__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,150.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **New Star Discovery, Inc**                                    ,          Case No.   **09-71137**
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Robert Allen Jolley Jr.** Jolley, Robert & Christina 103 School Street Mystic, IA 52574 | | - | | | | | 100.00 |
| Account No. **Angel Jolly** Jolly, Audrey 8611 W. Magnolia St. Milwaukee, WI 53224 | | - | | | | | 5,500.00 |
| Account No. **Jay-Q Prince Jones** Jones, Janelle 1113 Ash St. Lake In The Hills, IL 60156 | | - | | | | | 200.00 |
| Account No. **Kameron Kahm** Kahm, Brandi & Ryan 68000 West Crestline, Bldg2, apt215 Littleton, CO 80123 | | - | 250 bond 100 bond | | | | 350.00 |
| Account No. **Tyler Brunell** Kahm, Karla 4550 S. Knox Ct. Englewood, CO 80110 | | - | 250 bond 250 bond 200 bond | | | | 700.00 |

Sheet no. __**24**__ of __**51**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **6,850.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **New Star Discovery, Inc**                                      ,        Case No.    **09-71137**
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Pranali Prasad Karnik** <br><br> Karnik, Prasad <br> 35 River Drive South, #1505 <br> Jersey City, NJ 07310 | - | | | | | | 200.00 |
| Account No. **Matalyn Kauffman** <br><br> Kauffman, Matt <br> 51870 Canty Road 9 <br> Elkhart, IN 46514 | - | | | | | | 100.00 |
| Account No. **Kailen Alexander Kinne** <br><br> Kinne, Nathan & Nickcole Benjamin <br> 96 Vega St., #2 <br> Jamestown, NY 14701 | - | | | | | | 250.00 |
| Account No. **Alexis Kloft** <br><br> Kloft, Julie <br> 1610 W. 35th St. <br> Davenport, IA 52806 | - | | | | | | 300.00 |
| Account No. **Laccheus Knight** <br><br> Knight, Nathan & Natalio <br> 207 Holts Drive <br> Champaign, IL 61820 | - | | | | | | 250.00 |

Sheet no. __25__ of __51__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **1,100.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **New Star Discovery, Inc**                                   ,   Case No.   **09-71137**
                                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Ayven Joseph Paason**<br><br>Knutson, Shannan<br>20595 Abbey Lane<br>Farmington, MN 55024 | | - | | | | | 250.00 |
| Account No. **Alexander Konersmann**<br><br>Konersmann, John & Carla<br>2972 Northern Lights Dr.<br>Arnold, MO 63010 | | - | | | | | 1,000.00 |
| Account No. **Madlynn Peyton Kraus**<br><br>Kraus, Laura<br>POB 1196<br>Olathe, CO 81425 | | - | | | | | 250.00 |
| Account No. **Dakota Lacy**<br><br>Lacy, Bill & Kim<br>20706 Arbor Bend Court<br>Humble, TX 77346 | | - | | | | | 5,700.00 |
| Account No. **Collin LaGrange**<br><br>LaGrange, Amanda<br>528 1/2 St. Maurice Lance<br>Natchitoches, LA 71457 | | - | | | | | 250.00 |

Sheet no. __26__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **7,450.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **New Star Discovery, Inc**                                    , Case No. **09-71137**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Jonathon William Leiding** <br><br> Leiding, Christine <br> 1829 Laurel Oak Lane <br> Virginia Beach, VA 23453 | | - | | | | | 250.00 |
| Account No. **Kennadi Faith Batiste** <br><br> Lewis, Francine <br> 8614 Amy Brook Court <br> Humble, TX 77396 | | - | | | | | 250.00 |
| Account No. **Logan Alexander Lewis** <br><br> Lewis, Glenn & Rena <br> POB 777 <br> Glenrock, WY 82637 | | - | | | | | 1,000.00 |
| Account No. **Amiah Umbay-Lopez** <br><br> Lopez, Karleigh & John <br> 1886 Hardy Dr. <br> Woodland, CA 95776 | | - | | | | | 500.00 |
| Account No. **Genesis Cruz** <br><br> Lopez, Tania <br> 1652 Thurston Ave <br> Racine, WI 53405 | | - | | | | | 200.00 |

Sheet no. __27__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    2,200.00

B6F (Official Form 6F) (12/07) - Cont.

In re **New Star Discovery, Inc**            , Case No. **09-71137**
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Constance Lord** <br><br> **Lord, Ron & Melissa** <br> **445 S. 600 W** <br> **Hebron, IN 46341** | - | | | | | | **200.00** |
| Account No. **Mayah Love** <br><br> **Love, Linda** <br> **10967 East 500 South** <br> **Lafayette, IN 47905** | - | | 250 bond <br> 100 bond | | | | **350.00** |
| Account No. **Robert Lund** <br><br> **Lund, Amanda & Phillip** <br> **640 Esther Ave. POB 292** <br> **Lafayette, MN 56054** | - | | | | | | **250.00** |
| Account No. **Kharysma La'Shae Madden** <br><br> **Madden, Jasmine** <br> **3540 Thomas Drive SE** <br> **Dalton, GA 30721** | - | | | | | | **250.00** |
| Account No. **Gabriel Scott Maenner** <br><br> **Maenner, Jamie** <br> **3451 Audrain Road 239** <br> **Centralia, MO 65240** | - | | | | | | **300.00** |

Sheet no. __28__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **1,350.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **New Star Discovery, Inc**                                    ,   Case No. ___**09-71137**___
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Peyton Manigo**<br><br>Manigo, Alfred Jr. & Heather Perez<br>224 Herkimer, Apt 2S<br>Joliet, IL 60432 | - | | | | | | 100.00 |
| Account No. **Abigail Lynn Lewis**<br><br>Marquart, Natasha & Keegan<br>105 W. Williams Street<br>Dunkerton, IA 50626 | - | | | | | | 250.00 |
| Account No. **Alyssa Marquez**<br><br>Marquez, Al & Shirely Vandyne<br>3508 Columbine Court<br>Evans, CO 80620 | - | | | | | | 500.00 |
| Account No. 4388 5491 5225 3779<br><br>Marriott Rewards<br>Cardmember Service<br>POB 15153<br>Wilmington, DE 19886-5153 | - | | | | | | 50,000.00 |
| Account No. **Matthew Joseph Marshall, Jr.**<br><br>Marshall, Jennifer<br>425 Zion Road<br>Egg Harbor Township, NJ 08234 | - | | | | | | 250.00 |

Sheet no. __**29**__ of __**51**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**51,100.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **New Star Discovery, Inc** _____,   Case No. __**09-71137**__
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Claire J. Martin**<br><br>**Martin, Pamela**<br>**12550 Lake Ave, #1707**<br>**Lakewood, OH 44107** | - | | | | | | 7,050.00 |
| Account No. **Gabrielle Alexis Mathis**<br><br>**Mathis, Angela**<br>**7532 Rolling Meadows Drive**<br>**West Chester, OH 45069** | - | | 250 bond<br>100 bond | | | | 350.00 |
| Account No. **Martha Jean May**<br><br>**May, Jeff & Regina**<br>**Rt. 5, Box 565**<br>**Grafton, WV 26354** | - | | | | | | 1,000.00 |
| Account No. **930-0058017-000**<br><br>**McCarthy, Burgess & Wolff**<br>**26000 Cannon Road**<br>**Bedford, OH 44146** | - | | Creditor: CIT Technology Svcs & New Star Discovery Inc.<br><br>File# I08952<br><br>A1081508 | | | | 31,915.00 |
| Account No. **Brookelynn McCoy**<br><br>**McCoy, George & Debra**<br>**9159 Greentree Drive**<br>**Newport, MI 48166** | - | | | | | | 100.00 |

Sheet no. __**30**__ of __**51**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **40,415.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **New Star Discovery, Inc** _____, Case No. **09-71137** _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Keith B. Tally Jr**<br><br>McDaniel, Tanisha<br>9151 Dale Street<br>Redford, MI 48239 | - | | | | | | 250.00 |
| Account No. **Michaela McDonalda**<br><br>McDonald, Michael & Contina<br>3459 Lauderdale Road<br>Lauderdale, MS 39335 | - | | Requested the cash value instead of the $1000 bond | | | | 1,000.00 |
| Account No.<br><br>McKinley Grand Hotel<br>320 Market Ave South<br>Cleveland, OH 44102 | - | | | | | | 1,332.00 |
| Account No. **Alex McKinley**<br><br>McKinley, Connie<br>10531 Fabick Drive<br>Saint Louis, MO 63123 | - | | | | | | 250.00 |
| Account No. **Lorna McKinney**<br><br>McKinney, Jessica<br>213 South Morton<br>Centerville, IN 47330 | - | | | | | | 200.00 |

Sheet no. __31__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **3,032.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **New Star Discovery, Inc**                                    ,          Case No.   **09-71137**
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Jeremiah McMiller**<br><br>McMiller, Ramona<br>2410 E 76th St.<br>Chicago, IL 60649 | | - | | | | | | 100.00 |
| Account No. **Koen Melnikoff**<br><br>Melnikoff, Jennifer<br>143 Fortress Drive<br>Winchester, VA 22603 | | - | | | | | | 250.00 |
| Account No. **Madison A. Merkt**<br><br>Merkt, Selina & Matt<br>3724 Riverside Pkwy<br>Evans, CO 80620 | | - | | | | | | 5,200.00 |
| Account No. **Tabitha Jane Miller**<br><br>Miller, Chris & Kelli<br>427 Co. Rd. 44 SOuth<br>Pedro, OH 45659 | | - | | | | | | 100.00 |
| Account No. **Jocelyn Khloe Mock**<br><br>Mock, Megan<br>2970 Allensville Road   (POB 444)<br>Elkton, KY 42220 | | - | | | | | | 250.00 |

Sheet no. __32__ of __51__ sheets attached to Schedule of              Subtotal                | 5,900.00 |
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **New Star Discovery, Inc**                                  ,        Case No.    **09-71137**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Angel Moisa** <br><br> Moisa, Maria & John <br> 13395 Rd 192 <br> Porterville, CA 93257 | - | | | | | | 200.00 |
| Account No. **Logan Monaco** <br><br> Monaco, Mark <br> 10059 Linda Lane, #6S <br> Des Plaines, IL 60016 | - | | | | | | 250.00 |
| Account No. **Hope Monday** <br><br> Monday, Ronald and Jennifer Wray <br> 514 North Swain St. <br> Ingalls, IN 46048 | - | | | | | | 5,000.00 |
| Account No. **Emma Joy Montero** <br><br> Montero, Jason & Judee <br> 1021 Taylor Road <br> Virginia Beach, VA 23464 | - | | | | | | 250.00 |
| Account No. **Shelby Willson** <br><br> Moore, Darlene <br> 696 Klein Ct. <br> Manitou Beach, MI 49253 | - | | | | | | 100.00 |

Sheet no. __**33**__ of __**51**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,800.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **New Star Discovery, Inc**                                     ,    Case No.    **09-71137**
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Kirstin-Shay Morris** <br><br> Morris, Matthew & Amy <br> POB 1555 <br> Williamson, WV 25661 | - | | | | | | 500.00 |
| Account No. **Logan Michael Munroe** <br><br> Munroe, Jennifer <br> 14529 Harold St. <br> Taylor, MI 48180 | - | | | | | | 1,000.00 |
| Account No. **Selena Murphy** <br><br> Murphy, Shelley <br> 1333 Ann St. <br> Evansdale, IA 50707 | - | | | | | | 100.00 |
| Account No. **Kristin Myers** <br><br> Myers, Matt & Angie <br> 503 W. Jean <br> Cuba City, WI 53807 | - | | | | | | 100.00 |
| Account No. **Lillian Rose Kasih Nasution** <br><br> Nasution, Daniel & Linda <br> 1735 Richmond Rd NE <br> Cedar Rapids, IA 52402 | - | | 1000 cash <br> 200 bond | | | | 1,200.00 |

Sheet no. __34__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **2,900.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **New Star Discovery, Inc**                                    ,   Case No.   **09-71137**
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Kristin Danielle Newland** <br><br> Newland, Angela <br> #5 South Walnut Street <br> Englewood, OH 45322 | - | | | | | | 250.00 |
| Account No. **Brayden Noak** <br><br> Noak, Marissa <br> 834 W. Riverview Lane <br> Woodville, WI 54028 | - | | | | | | 200.00 |
| Account No. **Kamden Noe** <br><br> Noe, Tina & Kevin <br> 199 N. Skokie Hwy. <br> Lake Bluff, IL 60044 | - | | | | | | 200.00 |
| Account No. **7737 0409 0023 9279** <br><br> Office Max <br> 800-365-2713 | - | | | | | | 14.00 |
| Account No. **8021385** <br><br> One Communications <br> Financial Services <br> 100 Chestnut Street <br> Rochester, NY 14604 | - | | | | | | 479.00 |

Sheet no.  **35**  of  **51**  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **1,143.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **New Star Discovery, Inc**                              ,   Case No.   **09-71137**
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Isabela Valentina Oritz** | | | | | | | | |
| Ortiz, Amber & Esteban 515 Jackson St. Hutchinson, MN 55350 | - | | | | | | | 5,200.00 |
| Account No. **Sheiuiyah A.K. Lipscomb** | | | | | | | | |
| Osborne, Celia 18518 Oak Avenue Lansing, IL 60438 | - | | | | | | | 250.00 |
| Account No. **Brielle Osthoff** | | | | | | | | |
| Osthoff, Aaron & Heather 5100 Pelican Drive Dubuque, IA 52001 | - | | | | | | | 2,700.00 |
| Account No. **Kierra Star Owens** | | | | | | | | |
| Owens, Rodney & Nancy 217 North Welch Street Scottsville, KY 42164 | - | | | | | | | 1,000.00 |
| Account No. **Reuben Abishai Paul** | | | | | | | | |
| Paul, Manoranjan & Sangeetha Johnso 921 Springbrook Dr. Pflugerville, TX 78660 | - | | | | | | | 1,250.00 |

Sheet no. __**36**__ of __**51**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                10,400.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy